UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAM DINGLE, | No. 2:15-cv-0845 MCE CKD P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He also requests leave to proceed in forma pauperis. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus.  28 U.S.C. § 2254(b)(1).  A petitioner satisfies the exhaustion requirement by providing the highest state court with a full and fair opportunity to consider all claims before presenting them to the federal court.  Picard v. Connor, 404 U.S. 270, 276 (1971); Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir. 1985), cert. denied, 478 U.S. 1021 (1986).  The United States Supreme Court has held that a federal district court may not entertain a petition for habeas

1

corpus unless the petitioner has exhausted state remedies with respect to each of the claims raised. <u>Rose v. Lundy</u>, 455 U.S. 509 (1982). Petitioner has failed to exhaust state court remedies with respect to some of the claims presented in his petition.

Petitioner has two options. Within thirty days: (1) petitioner may file an amended habeas application omitting all claims that petitioner has failed to exhaust state court remedies; or (2) file a request to stay this action pending exhaustion of state court remedies with respect to the unexhausted claims. Petitioner is informed that to be entitled to a stay, he must show good cause for his failure to exhaust earlier, and that the unexhausted claims are potentially meritorious. <u>Rhines v. Weber</u>, 544 U.S. 269, 125 S. Ct. 1528, 1535 (2005). Petitioner's failure to comply with one of these alternatives within thirty days will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed in forma pauperis (ECF No. 11) is granted; and

2. Petitioner is granted thirty days from the date of this order to file an amended petition raising only exhausted claims or a motion to stay the original petition consistent with the requirements identified above. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: August 13, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
ding0845.103

2